FREDERICK N. HAMLIN, Appellant, *v.* ELISHA R. WHEELOCK, Respondent.

(Argued December 9, 1889; decided December 17, 1889.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 11, 1887, which modified and affirmed as modified, a judgment in favor of plaintiff, entered upon the report of a referee.

*George W. Van Slyck* for motion.

*John L. Branch* opposed.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.